129 A.3d 1237

COMMONWEALTH of Pennsylvania, Respondent

v.

William MANGINO II, M.D., Petitioner.

Supreme Court of Pennsylvania.

Dec. 29, 2015.

### *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of December, 2015, the Petition for Allowance of Appeal and Applications for Relief are **DENIED.**

Justice EAKIN did not participate in the decision of this matter.